08   3055

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Nicola Antonio DeMarco

against

The City of New York;
Department of Education
of the City of New York et.al.
_____X

Request ~~ORDER TO SHOW CAUSE~~ FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER

CV _____ ( )

IRIZARRY, J. BLOOM, M.J.

Upon the affidavit of __Nicola Antonio DeMarco__ sworn to the __25__ day of __July__, 20__08__, and upon the copy of complaint hereto annexed, it is ORDERED, that the above named defendant(s) show cause before a motion term of this Court, at room _____, United States Court House, Cadman Plaza East in Kings County and State of New York on _____, 20_____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from __proceeding with disciplinary action against plaintiff under Section 3020a of the New York State Education Law including hearings scheduled to begin before a single arbitrator on August 19, 2008__; and it is further ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 FRCP the defendant(s) are temporarily restrained and enjoined from

_____

_____

_____

and is further ORDERED, that security in the amount of $ _____ be posted by the plaintiff(s) and it is further ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendant(s) or his counsel on or before _____ o'clock in the _____ noon, _____, 20_____ shall be deemed good and sufficient service thereof.

DATED:
Brooklyn, New York

_____
United States District Judge

**RECEIVED**
JUL 25 2008
**PRO SE OFFICE**

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
*N. EASTERN
_____X
Nicola Antonio DeMarco

        Plaintiff,
  -against-
The City of New York;
The City of New York Department
  Of Education;
New York City Mayor Michael Bloomberg;
New York City School's Chancellor Joel Klein;
Renee David; Theresa Europe; Philip Composito;
Nancy Ryan; Michael Best; Michael Cardozo;
New York City Deputy Mayor Dennis Walcott;
New York State Governor David Paterson;
Eleanor Elovich Glanstein
        Defendants.
_____X

AFFIDAVIT/AFFIRMATION

Nicola Antonio DeMarco, being duly sworn, makes the following affirmation under the penalties of perjury:

I Nicola Antonio DeMarco, as plaintiff in the above-entitled action, respectfully move this court to order defendants to show cause why they should not be enjoined from proceeding with disciplinary action against plaintiff under Section 3020a of the New York State Education Law including hearings scheduled to begin before a single arbitrator on August 19, 2008 until a final disposition on the merits in the above-entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that I cannot complete the adoption of my child. As can be seen from the foregoing, I have no adequate remedy at law.

WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                    */s/ Nicola Antonio De Marco*

Dated: July 25, 2008

Sworn to before me this 25th day of July 20 08

_____
Notary Public

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2011