```
                                         FILED
                                         CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK  08 JUL 25 PM 5: 24
-----------------------------------------------------x
NICOLA ANTONIO DeMARCO,        U.S. DISTRICT COURT
                               EASTERN DISTRICT
                Plaintiff,        OF NEW YORK           ORDER

        -against-                                       08-CV-3055 (DLI)

THE CITY OF NEW YORK; THE CITY
OF NEW YORK DEPARTMENT OF
ECUATION; New York City Mayor
MICHAEL BLOOMBERG; New York City
School's Chancellor JOEL KLEIN;
RENEE DAVID; THERESA EUROPE;
PHILIP COMPOSITO; NANCY RYAN;
MICHAEL BEST; MICHAEL CARDOZO;
NEW YORK CITY DEPUTY MAYOR
DENNIS WALCOTT; NEW YORK STATE
GOVERNOR DAVID PATERSON;
ELANOR ELOVICH GLANSTEIN,

                Defendants.
-----------------------------------------------------x
```

**DORA L IRIZARRY, United States District Judge:**

*Pro se* plaintiff Nicola Antonio DeMarco filed the instant complaint and moved for a preliminary injunction and a temporary restraining order. Because plaintiff has not made the necessary showing of immediate or irreparable harm, the motion for a preliminary injunction and a temporary restraining order is denied. The Court shall continue to review plaintiff's complaint.

SO ORDERED:

/S/
DORA L. IRIZARRY
United States District Judge

Brooklyn, New York
July 25, 2007